# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0040. HOPPENBROUWER v. THE STATE.**

This Court has reviewed the Rule 40 (b) emergency motion filed by counsel for Hoppenbrouwer, as well as the motion to dismiss filed by the district attorney. Under the current posture of the case below, this Court has no jurisdiction. Therefore, the Court hereby denies the emergency motion filed pursuant to Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/28/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*